Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17666−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sanjay K Thaper
   13 Poplar Drive
   Cranbury, NJ 08512−2137

Social Security No.:
   xxx−xx−7056

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on September 11, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 37 − 36
Order Granting Application for Extension of Loss Mitigation (Related Doc # 36). Loss Mitigation Period Extended to: 12/5/2018. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/11/2018. (ckk)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 11, 2018
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-17666-KCF
Sanjay K Thaper                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1           Date Rcvd: Sep 11, 2018
                            Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.
lm             +CitiMortgage,    P.O. Box 183040,    Columbus, OH 43218-3040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2018 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Frank J Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
      Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Nicholas V. Rogers    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
      Robert C. Nisenson    on behalf of Debtor Sanjay K Thaper rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers, III    on behalf of Creditor    Hudson City Savings Bank ecf@powerskirn.com
                                                                     TOTAL: 7