**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor-In-Possession
Robert C. Nisenson, Esq.
RCN 6680

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 18-17666 KCF |
| | : | Chapter 13 |
| Sanjay K. Thaper | : | |
| | : | |
| | : | |
| | : | **CERTIFICATION OF** |
| Debtor. | : | **IN OPPOSITION TO TERMINATE** |
| | : | **LOSS MITIGATION** |
| | : | |
| _____ | : | |

I, Robert C. Nisenson, on my oath according to law, hereby certify as follows:

1. I am the attorney representing Mr. Thaper, the ("Debtors") herein, and submit this Certification in Opposition to Terminate Loss Mitigation of the above case.

2. The Debtors filed the bankruptcy so that they can do the loan modification through this procedure.

3. The Debtors now have jobs with significant income and are now in a position to obtain a loan modification. One of the Debtors was previously unemployed prior to filing for bankruptcy.

4. The loss mitigation package has been uploaded as of September 13, 2018.

5. We hereby ask that the objection to terminate the loss mitigation be denied so that we can continue assisting the Debtors to obtain a loan modification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/Robert C. Nisenson
ROBERT C. NISENSON

DATED:   September 17, 2018