Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–17666–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sanjay K Thaper
   13 Poplar Drive
   Cranbury, NJ 08512–2137
Social Security No.:
   xxx–xx–7056
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/10/18 at 09:00 AM

to consider and act upon the following:

*39* – Application for Early Termination of Loss Mitigation Period. Filed by Nicholas V. Rogers on behalf of CITIMORTGAGE, INC.. Objection deadline is 9/17/2018. (Attachments: # 1 Loan Modificaiton Denial Letter – 03.9.2018 # 2 Proposed Order # 3 Certificate of Service) (Rogers, Nicholas)

Dated: 9/18/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court