UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

810197
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for CITIMORTGAGE, INC.

**Order Filed on October 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SANJAY K. THAPER

Case No: 18-17666 - KCF

Judge: KATHRYN C. FERGUSON

Chapter: 13

# ORDER RESPECTING REQUEST FOR
# EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 12, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation filed by SANJAY K. THAPER, on 05/21/2018, and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____, and for good cause shown

☒ Early Termination of the Loss Mitigation Period having been filed by CITIMORTGAGE, INC., and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____,

The Loss Mitigation Period is terminated effective immediately.

Upon termination, any adequate protection payment allowed by prior court order or Chapter 13 Plan provision is hereby vacated and the debtor is required to resume making payments at the contract rate.

The debtor is also required to cure any post-petition arrears that may have been incurred due to tendering a payment amount less than the contract rate.

United States Bankruptcy Court
District of New Jersey

In re:  
Sanjay K Thaper  
    Debtor

Case No. 18-17666-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 12, 2018  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.  
db          Sanjay K Thaper,    13 Poplar Drive,    Cranbury, NJ    08512-2137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:  
       Albert   Russo     docs@russotrustee.com  
       Frank J Martone     on behalf of Creditor     PNC BANK, N.A. bky@martonelaw.com  
       Kevin Gordon McDonald     on behalf of Creditor     Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Nicholas V. Rogers     on behalf of Creditor     CITIMORTGAGE, INC. nj.bkecf@fedphe.com  
       Robert C. Nisenson     on behalf of Debtor Sanjay K Thaper rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
       William M.E. Powers, III     on behalf of Creditor     Hudson City Savings Bank ecf@powerskirn.com  
                                                                                         TOTAL: 7