Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–17666–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sanjay K Thaper
13 Poplar Drive
Cranbury, NJ 08512–2137

Social Security No.:
xxx–xx–7056

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 10, 2018.

On 12/24/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date: February 13, 2019
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 26, 2018
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-17666-KCF
Sanjay K Thaper                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2              Date Rcvd: Dec 26, 2018
                              Form ID: 185              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2018.
db            Sanjay K Thaper,   13 Poplar Drive,   Cranbury, NJ  08512-2137
aty          +Powers Kirn LLC, William M. E. Powers III,   728 Marne Highway,   Suite 200,
               Moorestown, NJ 08057-3128
cr           +CITIMORTGAGE, INC.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
lm           +CitiMortgage,   P.O. Box 183040,   Columbus, OH 43218-3040
cr           +PNC BANK, N.A.,   3232 NEWMARK DRIVE,   MIAMISBURG, OH 45342-5421
517460360     Citi Mortgage,   PO Box 6243,   Sioux Falls, SD 57117-6243
517601862     CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA 50368-8971
517607160     CitiMortgage, Inc.,   P.O. Box 6030,   Sioux Falls, SD 57117-6030
517460361     Hudson City Savings Bank,   C/O Powers & Kirn,   278 Main Highway Suite 200,
               Moorestown, NJ 08057
517630703    +PNC Bank, National Association,   PO BOX 94982,   CLEVELAND, OH 44101-4982
517460362    +Pnc Bank,   Attn: Bankruptcy Department,   6750 Miller Road; Mailstop Br-Yb58-01-3,
               Brecksville, OH 44141-3239
517460363    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,   Po Box 8026,   Cedar Rapids, IA 52408)
517891983     Toyota Lease Trust,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517532788    +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
               Addison, Texas 75001-9013
517545308     Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 00:31:24     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 00:31:20     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517460364*   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,   Po Box 8026,   Cedar Rapids, IA 52408)
517533341*   +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
               Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Craig Scott Keiser    on behalf of Creditor    CITIMORTGAGE, INC. craig.keiser@phelanhallinan.com
              Frank J Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Robert C. Nisenson    on behalf of Debtor Sanjay K Thaper rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Dec 26, 2018
                              Form ID: 185             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        William M.E. Powers, III   on behalf of Creditor   Hudson City Savings Bank ecf@powerskirn.com
                                                                                                                                         TOTAL: 8