| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>820397<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: CITIMORTGAGE, INC. | Order Filed on March 15, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JYOTSNA THAPER<br>SANJAY K. THAPER A/K/A SANJAY THAPER | Case No: 18-17666 - KCF<br><br>Hearing Date: 02/13/2019<br><br>Judge: KATHRYN C. FERGUSON |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 15, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NJID 820397**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for CITIMORTGAGE, INC.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| SANJAY K. THAPER A/K/A SANJAY THAPER | CASE NO. 18-17666 - KCF |
| | CHAPTER 13 |
| Debtors | CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION |
| | HEARING DATE: 02/13/2019 |

This Consent Order pertains to the property located at 13 POPLAR DRIVE, CRANBURY, NJ 08512, mortgage account ending with "3428";

THIS MATTER having been brought before the Court by, Robert C. Nisenson, Esquire attorney for debtor, SANJAY K. THAPER upon the filing of a Chapter 13 Plan, CITIMORTGAGE, INC. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS on the _____ day of _____, 2019, ORDERED as follows:

1. **The debtors plan to sell the property within 6 months or, on or before August 18th, 2019.**

2. If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in CITIMORTGAGE, INC.'s allowed secured proof of claim.

3. Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

4. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
CITIMORTGAGE, INC.

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

Dated: 3/7/2019

/s/ Robert C. Nisenson                    Dated: 3/4/2019
Robert C. Nisenson, Esquire
Attorney for debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Sanjay K Thaper  
    Debtor

Case No. 18-17666-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 18, 2019  
                               Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.  
db          Sanjay K Thaper,    13 Poplar Drive,    Cranbury, NJ    08512-2137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2019 at the address(es) listed below:

         Albert    Russo     docs@russotrustee.com  
         Craig Scott Keiser     on behalf of Creditor     CITIMORTGAGE, INC. craig.keiser@phelanhallinan.com  
         Frank J Martone     on behalf of Creditor     PNC BANK, N.A. bky@martonelaw.com  
         Kevin Gordon McDonald     on behalf of Creditor     Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Nicholas V. Rogers     on behalf of Creditor     CITIMORTGAGE, INC. nj.bkecf@fedphe.com  
         Robert    Davidow     on behalf of Creditor     CITIMORTGAGE, INC. robert.davidow@phelanhallinan.com  
         Robert C. Nisenson     on behalf of Debtor Sanjay K Thaper rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers, III     on behalf of Creditor     Hudson City Savings Bank ecf@powerskirn.com  
                                                                                                                               TOTAL: 9