Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17666−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sanjay K Thaper
    13 Poplar Drive
    Cranbury, NJ 08512−2137

Social Security No.:
    xxx−xx−7056

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 12, 2019.

On 2/26/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:         April 8, 2020
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 27, 2020
JAN: gan

                                                            Jeanne Naughton
                                                            Clerk

```
                                 United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                       Case No. 18-17666-MBK
Sanjay K Thaper                                                              Chapter 13
         Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2            Date Rcvd: Feb 27, 2020
                               Form ID: 185                 Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2020.
db             Sanjay K Thaper,    13 Poplar Drive,    Cranbury, NJ 08512-2137
aty           +Powers Kirn LLC,    William M. E. Powers III,    728 Marne Highway,    Suite 200,
                Moorestown, NJ 08057-3128
cr            +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
cr            +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,    Suite 1400,
                Philadelphia, PA 19103-1814
lm            +CitiMortgage,   P.O. Box 183040,    Columbus, OH 43218-3040
cr            +PNC BANK, N.A.,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
517460360      Citi Mortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
517601862     +CitiMortgage, Inc.,    C/O Cenlar, FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
517460361      Hudson City Savings Bank,    C/O Powers & Kirn,    278 Main Highway Suite 200,
                Moorestown, NJ 08057
517460362    ++PNC BANK,    6750 MILLER ROAD,    BRECKSVILLE OH 44141-3239
              (address filed with court: Pnc Bank,     Attn: Bankruptcy Department,
                6750 Miller Road; Mailstop Br-Yb58-01-3,    Brecksville, OH 44141)
517630703     +PNC Bank, National Association,    PO BOX 94982,    CLEVELAND, OH 44101-4982
517460363    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,     Po Box 8026,    Cedar Rapids, IA 52408)
517891983      Toyota Lease Trust,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
517532788     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
517545308      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2020 00:19:17      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2020 00:19:15      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517460362      E-mail/Text: monica.horner@pnc.com Feb 28 2020 00:18:23      Pnc Bank,
                Attn: Bankruptcy Department,    6750 Miller Road; Mailstop Br-Yb58-01-3,
                Brecksville, OH 44141
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517607160*    +CitiMortgage, Inc.,    c/o Cenlar, FSB,   425 Phillips Blvd.,    Ewing, NJ 08618-1430
517460364*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,     Po Box 8026,    Cedar Rapids, IA 52408)
517533341*    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Craig Scott Keiser    on behalf of Creditor    CITIMORTGAGE, INC. craig.keiser@law.njoag.gov
```

```
District/off: 0312-3            User: admin              Page 2 of 2               Date Rcvd: Feb 27, 2020
                                Form ID: 185             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Frank J Martone     on behalf of Creditor     PNC BANK, N.A. bky@martonelaw.com
              Kevin Gordon McDonald     on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor     CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Robert  Davidow    on behalf of Creditor     CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Robert C. Nisenson     on behalf of Debtor Sanjay K Thaper r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Hudson City Savings Bank ecf@powerskirn.com
                                                                                             TOTAL: 11
```