| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ 07068<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>Attorneys for Secured Creditor,<br>Cenlar FSB as servicer for CitiMortgage, Inc.<br>By: Maria Cozzini, Esq. | Order Filed on February 23, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Sanjay K Thaper<br><br><br>Debtor(s) | Case No.: 18-17666-MBK<br>Chapter: 13<br>Hearing Date: February 23, 2022<br>Judge: Michael B. Kaplan U.S.B.J. |

# ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: February 23, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Sanjay K Thaper
Case No.:18-17666-MBK
Caption of Order: **Order Vacating Automatic Stay**

---

Upon the Motion of Cenlar FSB as servicer for CitiMortgage, Inc., on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

    ORDERED as follows:

1.    The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

    -    Land and premises commonly known as **13 Poplar Dr, Cranbury, NJ  08512**

2.    The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3.    Movant additionally seeks relief from the co-debtor stay pursuant to 11 U.S.C. §1301(c). Section 1301 (c) (1) provides that the co-debtor stay shall be lifted where, as between the debtor and co-debtor, the co-debtor received the consideration for the claim held by Secured Creditor

4.    The co-debtor stay against Jyotsna Thaper is lifted pursuant to 11 U.S.C. 1301(c).

    The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:  
Sanjay K Thaper  
    Debtor

Case No. 18-17666-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Feb 23, 2022      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sanjay K Thaper, 13 Poplar Drive, Cranbury, NJ 08512-2137 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Craig Scott Keiser | on behalf of Creditor CITIMORTGAGE  INC. craig.keiser@law.njoag.gov |
| Frank J Martone | on behalf of Creditor PNC BANK  N.A. bky@martonelaw.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor CITIMORTGAGE  INC. mcozzini@sternlav.com |
| Nicholas V. Rogers | on behalf of Creditor CITIMORTGAGE  INC. nj.bkecf@fedphe.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 23, 2022 | Form ID: pdf903 | Total Noticed: 1

Robert C. Nisenson
    on behalf of Debtor Sanjay K Thaper r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor Hudson City Savings Bank ecf@powerskirn.com

TOTAL: 11